UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GLOBAL ETICKET EXCHANGE LTD. § | |
| § | |
| vs. § | NO:   WA:21-CV-00399-ADA |
| § | |
| TICKETMASTER L.L.C., LIVE NATION § | |
| WORLDWIDE, INC., LIVE NATION | |
| WORLDWIDE, INC., TICKETMASTER | |
| L.L.C., GLOBAL ETICKET EXCHANGE | |
| LTD. | |

## ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Monday November 28, 2022 at 11:00 AM before the Honorable Derek T. Gilliland. The Zoom hearing may be accessed by the attorneys of record at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

SIGNED this 28th day of November, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE