IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GLOBAL ETICKET EXCHANGE LTD.,** § | | |
| *Plaintiff,* § | 6:21-CV-00399-ADA | |
| § | | |
| v. § | | |
| § | | |
| **TICKETMASTER L.L.C., LIVE NATION WORLDWIDE, INC.,** § | | |
| *Defendants.* § | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 161. The Report recommends that this Court DENY Defendants' Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. § 101 (ECF No. 79), DENY Defendants' Motion for Summary Judgment of Noninfringement (ECF No. 82), DENY Defendants' Motion to Strike New Infringement Theories (ECF No. 83), GRANT Defendants' Partial Motion for Summary Judgment of No Willful Infringement (ECF No. 80), GRANT ECF No. 81 as to Dr. Rubin's opinions relying on the European PTO opinion but DENY on all other grounds, DENY ECF No. 84, and DENY ECF No. 130. The Report and Recommendation was filed on March 15, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on March 28, 2023. ECF No. 167. Defendants filed objections on March 27, 2023. ECF No. 166. The Court has conducted a *de novo* review of the motion to dismiss, the responses, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review and in accordance with the Court's rulings from the bench on April 21, 2023, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted and the parties' objections overruled. *See* ECF Nos. 183, 189.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 161, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff and Defendants' objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Defendants' Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. § 101 (ECF No. 79) is **DENIED**, Defendants' Motion for Summary Judgment of Noninfringement (ECF No. 82) is **DENIED**, Defendants' Motion to Strike New Infringement Theories (ECF No. 83) is **DENIED**, Defendants' Partial Motion for Summary Judgment of No Willful Infringement (ECF No. 80) is **GRANTED**, ECF No. 81 is **GRANTED** as to Dr. Rubin's opinions relying on the European PTO opinion but **DENIED** on all other grounds, ECF No. 84 is **DENIED**, and ECF No. 130 is **DENIED**.

SIGNED this 30th day of April, 2023.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**