FILED
May 04, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GLOBAL ETICKET EXCHANGE LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> TICKETMASTER L.L.C. and <br> LIVE NATION WORLDWIDE, INC., <br><br> *Defendants.* | CASE NO. 6:21-CV-00399-ADA <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## JURY VERDICT FORM AND INTERROGATORIES

May 4, 2023
10:3 pm

## **INSTRUCTIONS**

In answering the following questions and filling out the Verdict Form, you are to follow all of the instruction that I have given you in the Court's charge. Your answer to each question must be unanimous. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any term that appears in the questions below.

As used in this Verdict Form:

1. The "TM+ Platform" refers to Ticketmaster's TM+ electronic ticket sales platform.

2. The "Access Manager System" refers to the Access Manager venue access control system.

3. The "Presence System" refers to the Presence venue access control system using static barcodes.

4. The "SafeTix System" refers to the Presence venue access control system using SafeTix.

1

# **VERDICT FORM**

1. Do you find that Plaintiff has proved by a preponderance of the evidence that Defendants' TM+ Platform in combination with the Access Manager System infringed any of the following claims of U.S. Patent No. 8,849,720? ("Yes" is a finding for Plaintiff and "No" is a finding for Defendants.)

| | | |
|---|---|---|
| Claim 1  | ___ Yes | _X_ No |
| Claim 6  | ___ Yes | _X_ No |
| Claim 10 | ___ Yes | _X_ No |
| Claim 14 | ___ Yes | _X_ No |

2. Do you find that Plaintiff has proved by a preponderance of the evidence that Defendants' TM+ Platform in combination with the Presence System infringed any of the following claims of U.S. Patent No. 8,849,720? ("Yes" is a finding for Plaintiff and "No" is a finding for Defendants.)

Claim 1 \_\_\_\_ Yes  X  No

Claim 6 \_\_\_\_ Yes  X  No

Claim 10 \_\_\_\_ Yes  X  No

Claim 14 \_\_\_\_ Yes  X  No

3. Do you find that Plaintiff has proved by a preponderance of the evidence that Defendants' TM+ Platform in combination with the SafeTix System infringed any of the following claims of U.S. Patent No. 8,849,720? ("Yes" is a finding for Plaintiff and "No" is a finding for Defendants.)

| Claim 1  | ___ Yes | _X_ No |
| Claim 6  | ___ Yes | _X_ No |
| Claim 10 | ___ Yes | _X_ No |
| Claim 14 | ___ Yes | _X_ No |

4

4. If you have found that the Defendants infringed at least one claim of U.S. Patent No. 8,849,720, what is the amount of the reasonable royalty you find should be awarded to the Plaintiff?

$ _____

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 4 day of May, 2023.

_____
Jury Foreperson