IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GLOBAL ETICKET EXCHANGE LTD., | |
| *Plaintiff*, | CASE NO. 6:21-CV-00399-ADA |
| v. | PATENT CASE |
| TICKETMASTER L.L.C. and LIVE NATION WORLDWIDE, INC., | JURY TRIAL DEMANDED |
| *Defendants*. | |

### DEFENDANTS' BILL OF COSTS SUBMISSION

As the prevailing party in this litigation,[1] Defendants' Ticketmaster, L.L.C. and Live Nation Worldwide, Inc. (collectively, "Defendants") request an award of costs in the amount of **$191,862.25** as enumerated in **Exhibit A**, Bill of Costs Form (AO 133), pursuant to Federal Rule of Civil Procedure 54. Documentation supporting Exhibit A is provided as follows:

- **Exhibit B** contains a summary of and a compilation of invoices relating to printed or electronically recorded transcripts necessarily obtained for use in the case pursuant to 28 U.S.C. § 1920 (2);

- **Exhibit C** contains a summary of and a compilation of invoices relating to disbursements for printing pursuant to 28 U.S.C. § 1920 (3) and (4); and

- **Exhibit D** contains a summary of and a compilation of invoices for expenses relating to trial witness attendance, per diem, travel, and lodging pursuant to 28 U.S.C. § 1920 (3) and 28 U.S.C. § 1821.[2]

---

[1] *See* Defendants' concurrently filed Motion for Attorney's Fees.

[2] The statutory costs associated with witness attendance at trial are set forth by 28 U.S.C. § 1821, consisting of an attendance fee for each day at trial as provided for in § 1821(b), required travel expenses as provided for in § 1821(c), and required overnight lodging as provided for in § 1821(d).

Dated: May 19, 2023

Respectfully submitted,

By: */s/ Michael R. Ellis*
    Neil J. McNabnay
    Texas Bar No. 24002583
    mcnabnay@fr.com
    David B. Conrad
    conrad@fr.com
    Texas Bar No. 24049042
    Ricardo J. Bonilla
    Texas Bar No. 24082704
    bonilla@fr.com
    Michael R. Ellis
    ellis@fr.com
    Texas Bar No. 24102726
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070 – Telephone
    (214) 747-2091 – Facsimile

    Frank E. Scherkenbach (*pro hac vice*)
    Massachusetts Bar No. 653819
    scherkenbach@fr.com
    FISH & RICHARDSON P.C.
    1 Marina Park Drive
    Boston, MA 02210
    (214) 747-5070 – Telephone
    (617) 542-8906 – Facsimile

    Joshua H. Park
    Texas Bar No. 24121766
    jpark@fr.com
    FISH & RICHARDSON P.C.
    909 Fannin Street, Suite 2100
    Houston, TX 77010
    (713) 654-5300 – Telephone
    (713) 652-0109 – Facsimile

    ***Counsel for Defendants***
    ***Ticketmaster L.L.C. and***
    ***Live Nation Worldwide, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 19, 2023, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and was served via electronic mail pursuant to Local Rule CV-5.2(e) on all counsel of record.

*/s/ Michael R. Ellis*
Michael R. Ellis